IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ELIZABETH L. HATOS                                                    PLAINTIFF

vs.                               Civil No. 4:07-cv-04076

MICHAEL J. ASTRUE                                                    DEFENDANT
Commissioner, Social Security Administration


**JUDGMENT**

Comes now the Court on this the 23rd day of July 2008, in accordance with the Memorandum

Opinion entered in the above-styled case on today's date, and hereby considers, orders, and

adjudicates that the decision of the Commissioner of the Social Security Administration is

**AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

        **IT IS SO ORDERED.**


                                            /s/  Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            U. S. MAGISTRATE JUDGE